# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KAREEM OLIVER, : No. 4 EM 2022
:
Petitioner :
:
:
:
v. :
:
:
:
COMMONWEALTH OF PENNSYLVANIA, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of May, 2022, the "Petition for Review (In the Nature of a Complaint in Mandamus)" and the "Application for Special Relief (In the Nature of Peremptory Judgment)" are DENIED.